```
1   THERESA A. GOLDNER, COUNTY COUNSEL
    By:  KATHLEEN RIVERA (SBN 211606)
2   MARSHALL S. FONTES, DEPUTY (SBN 139567)
    Kern County Administrative Center
3   1115 Truxtun Avenue, Fourth Floor
    Bakersfield, CA 93301
4   Telephone 661-868-3800
    Fax 661-868-3805
5
6
    Attorneys for Defendant County of Kern
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,                    ) | CASE NO. 1:15-CV-01641-DAD-JLT |
|                                             ) | |
|             Plaintiff,                      ) | JOINT STIPULATION TO CONTINUE |
|   vs.                                       ) | DISCOVERY CUT OFF DATES; |
|                                             ) | [PROPOSED ORDER] |
| COUNTY OF KERN, a municipality;             ) | |
| GEORGE ANDERSON, an individual;             ) | (Doc. 45) |
| and  DOES 1-10, inclusive,                  ) | |
|             Defendants.                     ) | |
|                                             ) | |

   COME NOW, Plaintiff, JANE DOE, and Defendants COUNTY OF KERN and GEORGE ANDERSON, who have met and conferred through their respective attorneys of record, and now make this joint stipulated request of the Court:

   **REPRESENTATIONS AND JOINT STIPULATION AND REQUEST:**

   1.   Pursuant to the Scheduling Order (Doc. No. 25) the deadline for completion of non-expert discovery is August 22, 2016.  The parties previously raised and discussed the possibility of a continuance.  After meeting and conferring, the parties have agreed to propose to take only six currently scheduled depositions beyond the discovery deadline  for the reasons set forth below, with the court's permission.

   2.   The parties have been actively engaged in attempting to complete non expert discovery prior to the deadline of August 22, 2016.  The parties have exchanged written discovery, and have issued subpoenas for records disclosed through discovery.  Plaintiff has

taken the deposition of the defendant, and the parties have noticed 21 depositions to take place prior to August 22nd.  In an effort to complete discovery prior to the deadline, the parties are utilizing Saturday August 13th to take the deposition of the Plaintiff.  Further, given that there are two attorneys for Plaintiff and two for the Defendants, the parties are double booking depositions.

3. While the parties are clearly trying to complete discovery by the deadline, some unanticipated delays have occurred.  One County employee set to be deposed is on maternity leave.  One County employee who will be testifying at a Person Most Qualified is scheduled to serve jury duty on the date of her deposition, and another employee who will be testifying as a Person Most Qualified is on vacation until after the discovery deadline.

4. The effort to complete discovery prior to the deadline has been delayed somewhat, due to the continuation of the hearing on the County's §827 Petition.  The hearing was scheduled for August 2nd, 2016.  The Defendants had planned to ask the Juvenile Court to expedite the Court's ruling on the Petition, and to expedite the redaction of such records.  The Defendants wished to have Plaintiff's records for her deposition.  All counsel agreed to continue Plaintiff's deposition date until August 13th, by which time the Defendants anticipated having Plaintiff's Juvenile court records.  However, the Juvenile Court on its own motion vacated the August 2nd date and continued the hearing until August 15th, after the Plaintiff's deposition. The Defendants submit that good cause exists for the continuation of the discovery deadline, so that the Defendants may obtain Plaintiff's Juvenile court records to assist them in taking the Plaintiff's deposition.

5. Therefore, Plaintiff and Defendants stipulate that the Court allow certain depositions to be conducted after the discovery deadline as follows:

|  | Current Date: | Proposed New Date: |
|---|---|---|
| Plaintiff Jane Doe | 8/13/2016 | 9/8/2016 |
| County employee Cherice Jones | 8/11/2016 | 9/7/2016 |
| County Employee PMQ |  |  |
| Kathy Lemon | 8/17/2016 | 9/7/2016 |

| | County Employee PMQ | | |
|---|---|---|---|
| | Meesha Elliot | 8/17/2016 | 9/7/2016 |
| | Donna Jones | 8/18/2016 | 9/6/2016 |
| | Sharolyn Takata | 8/18/2016 | 9/6/2016 |

The requested continuance is limited to aforementioned depositions <u>and will not impact expert discovery, the settlement conference, pretrial conference or trial dates as originally set forth in the Scheduling Order</u>.

Dated: August 10, 2016           **CHAIN-COHN-STILES**

By:   / s / Neil K. Gehlawat
      Neil K. Gehlawat
      Attorneys for Plaintiff, Jane Doe

Dated: August 10, 2016           **LAW OFFICE OF THOMAS C. SEABAUGH**

By:   / s / Thomas C. Seabaugh
      Thomas C. Seabaugh,
      Attorneys for Plaintiff, Jane Doe

Dated: August 10, 2016           **THERESA A. GOLDNER, COUNTY COUNSEL**

By:   /s/ Kathleen Rivera
      Kathleen Rivera and Marshall S. Fontes
      Attorneys for Defendant, County of Kern

Dated: August 10, 2016            **WEAKLEY AND ARENDT**

By:   / s / James D. Weakley
      James D. Weakley and Leslie M. Dillahunty
      Attorneys for Defendant, George Anderson

DECLARATION OF KATHLEEN RIVERA

REGARDING STIPULATION FOR DISCOVERY CONTINUANCE

1. I am an attorney with Kern County Counsel's office, and am attorney of record for the County of Kern in this matter. The statements made in this declaration are true of my own knowledge; if called upon as a witness, I could and would competently testify to them.

2. After meeting and conferring, the parties have agreed to continue four depositions beyond the discovery deadline of August 22, 2016. All sides agree this stipulation does not involve a continuance of any scheduled court hearing or the trial of this matter.

3. The parties have been actively engaged in attempting to complete non expert discovery prior to the deadline of August 22, 2016. The parties have exchanged written discovery, and have issued subpoenas for records disclosed through discovery. Plaintiff has taken the deposition of the defendant, and the parties have noticed 21 depositions to take place prior to August 22nd. In an effort to complete discovery prior to the deadline, the parties are utilizing Saturday August 13th to take the deposition of the Plaintiff. Further, given that there are two attorneys for Plaintiff and two for the Defendants, the parties are double booking depositions.

4. The parties have encountered some discovery delays, such as the unavailability prior to the deadline of two County employees who are being deposed: one is on maternity leave and the other who will be testifying as a Person Most Qualified is on vacation until after the discovery deadline.

5. The parties effort to complete discovery prior to the deadline has been delayed somewhat, due to the continuation of the hearing on the County's §827 Petition. The hearing was scheduled for August 2nd, 2016. The Defendants had planned to ask the Juvenile Court to expedite the Court's ruling on the Petition, and to expedite the redaction of such records. The Defendants wished to have Plaintiff's records for her deposition. All counsel agreed to continue Plaintiff's deposition date until August 13th, by which time the Defendants anticipated having Plaintiff's Juvenile court records. However, the Juvenile Court on its own motion

vacated the August 2nd date and continued the hearing until August 15th, after the Plaintiff's deposition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 10th day of August, 2016, at Bakersfield, California.

/s/ Kathleen Rivera
Kathleen Rivera, Declarant

# [~~PROPOSED~~] ORDER

For GOOD CAUSE shown, and based upon the mutual Stipulation of all parties to this action, the court hereby continues the following deposition dates:

|  | Current Date: | Proposed New Date: |
|---|---|---|
| Plaintiff Jane Doe | 8/13/2016 | 9/8/2016 |
| County employee Cherice Jones | 8/11/2016 | 9/7/2016 |
| County Employee PMQ |  |  |
| Kathy Lemon | 8/17/2016 | 9/7/2016 |
| County Employee PMQ |  |  |
| Meesha Elliot | 8/17/2016 | 9/7/2016 |
| Donna Jones | 8/18/2016 | 9/6/2016 |
| Sharolyn Takata | 8/18/2016 | 9/6/2016 |

IT IS SO ORDERED.

Dated:   **August 10, 2016**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE