|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| JANE DOE,                  ) | Case No.: 1:15-CV-01637 DAD JLT |
|---|---|
| Plaintiff,                 ) | ORDER AFTER IN CAMERA REVIEW |
| v.                         ) |  |
| COUNTY OF KERN, et al.,    ) |  |
| Defendants.                ) |  |
|                            ) | Case No.: 1:15-CV-01641  DAD  JLT |
| JANE DOE,                  ) |  |
| Plaintiff,                 ) | ORDER AFTER IN CAMERA REVIEW |
| v.                         ) |  |
| COUNTY OF KERN, et al.,    ) |  |
| Defendants.                ) |  |

On July 8, 2016, the court held the mid-discovery status conference in case number 1:15-cv-01637.  At this conference, counsel agreed they would "continue to meet and confer related to the plaintiff's production request for peace officer personnel records. If requested, the Court will conduct an in-camera review of the records to determine which records, if any, will be produced." (Doc. 27 at 2)

The defendants have produced documents to the Court for in camera review.  The Court has

conducted the in camera review of two investigations (in redacted form) of two claims of a sexual nature made by juvenile wards against probation officers while the wards were in custody. The court finds both investigations should be produced. The Court makes no comment or finding about the admissibility of these documents at trial. Thus, the Court **ORDERS**:

    1.     **Within three court days**, copies of the records (with Bates numbers added) of the two investigations[1] **SHALL** be produced to counsel for the plaintiffs in both cases captioned above;

    2.     **No later than August 16, 2016**, the defendants **SHALL** retrieve the documents that were subject to the in camera review, from the Clerk of the Court, at the United States Courthouse located at 510 19th Street, Suite 200, Bakersfield, CA.

IT IS SO ORDERED.

Dated:   **August 13, 2016**                       **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes there are two extraneous pages in the form of an e-mail about ¼ from the bottom of the record denoted D15-009. This e-mail is an advertisement for a book sale and appears to have been included inadvertently. It may be withdrawn from the record and not produced.