CHAIN COHN STILES
David K Cohn, Esq., SBN 68768 | dcohn@chainlaw.com
Neil K. Gehlawat, Esq., SBN 289388 | ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone: (661) 323-4000
Facsimile: (661) 324-1352

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq., SBN 272458 | tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (818) 928-5290

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual, | Case No. 1:15-cv-01641-DAD-JLT |
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION** |
| vs. | |
| COUNTY OF KERN, a municipality, GEORGE ANDERSON, an individual, and DOES 1-10, | |
| Defendants. | |

As requested by the Court, the parties have submitted a stipulation related to the remaining deadlines in this case.[1]  (Doc. 51)  Thus, the Court **ORDERS**:

---

[1] The Court does not conduct hearings on requests to seal.  Thus, the schedule proposed provided for too much time related to the request to seal and the Court has corrected that here.

-1-
[PROPOSED] ORDER ON JOINT STIPULATION

1. Dispositive motions, if any, **SHALL** be filed no later than **March 10, 2017** and heard on **April 18, 2017** at 9:30 a.m. in Courtroom 5 before District Judge Dale A. Drozd;

2. Any motion to seal related to the dispositive motion **SHALL** be filed no later than **February 27, 2017**;

3. The pretrial conference is continued to **June 5, 2017** at 3:30 p.m. in Courtroom 5 before District Judge Dale A. Drozd;

4. The trial is continued to **August 1, 2017** at 1:30 p.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **February 3, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE