# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:15-cv-01641 DAD JLT<br><br>ORDER REASSIGNING CASE<br><br>Old Case Number: 1:15-cv-01641 DAD JLT<br><br>New Case Number: 1:15-cv-01641 JLT |

　　　All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Doc. Nos. 5, 55, 56). Accordingly, the court reassigns this action to the docket of United States Magistrate Judge Jennifer L. Thurston for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

　　　To prevent a delay in documents being received by the correct judicial officer, the new case number of 1:15-cv-01641 JLT shall be used on all future documents filed in this action.

IT IS SO ORDERED.

　　Dated: __**March 2, 2017**__　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE