# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, a municipality, GEORGE ANDERSON, an individual, and DOES 1-10,<br><br>Defendants. | Case No. 1:15-cv-01641 -JLT<br><br>ORDER GRANTING THE STIPULATION EXTENDING THE BRIEFING SCHEDULE<br><br>(Doc. 88) |

The parties filed a stipulation regarding the deadlines to file the briefs regarding bifurcation. (Doc. 88) Unfortunately, the Court was unable to address the stipulation in the 24 hours provided by counsel before plaintiff's brief was otherwise due. Thus, plaintiff has filed her brief (Doc. 90) already. In any event, the Court **GRANTS** the stipulation as follows:

1. Plaintiff's brief, originally due June 9, 2017, **SHALL** be filed no later than **June 14, 2017**. Thus, to the extent plaintiff wishes to file an amended brief after the informal conference on June 12, 2017, she may do so;

2. Defendants' response, originally due June 23, 2017, **SHALL** be filed no later than **June 28, 2017**;

3. Plaintiff's brief in reply, originally due June 30, 2017, **SHALL** be filed no later than

1

1 | **July 3, 2017**.
2 |
3 | IT IS SO ORDERED.
4 |     Dated:   **June 10, 2017**              **/s/ Jennifer L. Thurston**
5 |                                                        UNITED STATES MAGISTRATE JUDGE