# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF KERN, et al,<br><br>        Defendants. | Case No. 1:15-cv-01641 -JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONFERENCE<br><br>(Doc. 93) |

The Court held an informal telephonic conference at the request of counsel to address various issues that have arising. Based upon this conference, the Court **ORDERS**:

1. When filing any further pretrial motions or other briefs that include information that contain confidential information, the parties **SHALL** comply with the following procedures:

    a. As to plaintiff's brief related to the bifurcation motion, the plaintiff **SHALL** provide to opposing counsel via email, an unredacted copy of the "confidential appendix" **no later than June 13, 2016**. The parties **SHALL** meet and confer **SHALL** agree upon the material that should be redacted **no later than June 21, 2016**. Defendants **SHALL** follow the procedures set forth above in paragraph 1(c) related to their brief regarding birfurcation;

    b. Counsel **SHALL** file their motions in limine **no later than June 16, 2017**, with confidential information redacted. Concurrently with the filing, counsel **SHALL** provide

unredacted copies of the motion to opposing counsel via email;

    c.    **No later than June 22, 2017**, counsel opposing the motion in limine **SHALL** review the redacted and the unredacted version of the motion to ensure they agree with the redactions that have been made. **No later than June 23, 2016**, the moving party **SHALL** lodge with the Court via email to JLTOrders@caed.uscourts.gov an unredacted copy of each motion. If there is any disagreement with the redactions already made in the filed copy of any motion, the moving party **SHALL** also lodge a finalized copy of the redacted motion. If there are no changes sought related to the redactions made in the filed copy, no further redacted copy should be lodged;

    d.    Assuming any party seeks to file opposition to a motion in limine which includes material that should be filed under seal, the parties **SHALL** meet and confer and **SHALL** agree upon the material that should be redacted. The parties are authorized to file the motion with this material redacted. At the same the party files the redacted opposition, the party **SHALL** also lodge with the Court via email to JLTOrders@caed.uscourts.gov, an unredacted copy of each motion;

    e.    Any other filings before trial **SHALL** comply with the procedures set forth in paragraph (c) above;

    e.    Any motion filed according to Federal Rules of Evidence 412, any opposition and any reply thereto, **SHALL** be filed under seal. In this event, the moving party **SHALL** file a notice of the motion and lodge a copy of the motion with the Court via email to JLTOrders@caed.uscourts.gov. For the opposition and reply briefs, the party **SHALL** file a notice of filing the document and, at the same time, lodge a copy of the motion with the Court via email to JLTOrders@caed.uscourts.gov;

    2.    In addition to the exhibit binders described in the pretrial order (Doc.83 at 40-41), counsel may provide a fourth type of exhibit binder. This category of documents includes those upon which both sides may wish to rely but which will not be admitted except after the proponent properly moving the exhibit into evidence at trial. This exhibit binder **SHALL** be titled, "Shared Exhibits" and **SHALL** be numbered beginning with "SE 1." All other requirements for treatment

1 | of the exhibits, set forth in the pretrial order (Doc. 83 at 40-41), **SHALL** apply to the Shared
2 | Exhibits.

IT IS SO ORDERED.

Dated: **June 12, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE