CHAIN | COHN | STILES
Neil K. Gehlawat, Esq. (SBN 289388)
Email: ngehlawat@chainlaw.com
1731 Chester Avenue
Bakersfield, CA 93301
Telephone:  (661) 323-4000
Facsimile:   (661) 324-1352

THE LAW OFFICE OF THOMAS C. SEABAUGH
Thomas C. Seabaugh, Esq. (SBN 272458)
Email: tseabaugh@seabaughfirm.com
128 North Fair Oaks Avenue
Pasadena, CA 91103
Telephone:  (818) 928-5290

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual, | Case No. 1:15-cv-01641 JLT |
| Plaintiff, | **JOINT NOTICE OF TENTATIVE SETTLEMENT, STIPULATION, AND ~~PROPOSED~~ ORDER** |
| vs. | **(Doc. 141)** |
| COUNTY OF KERN, a municipality, GEORGE ANDERSON, an individual, and DOES 1-10, | |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION**

The parties have reached a tentative settlement of this matter. The parties need time to finalize the settlement in a written agreement. The parties hope to be able to finalize the settlement within 21 days.

The parties respectfully request that all currently scheduled dates and deadlines in this matter be vacated. A proposed order is submitted herewith.

Respectfully Submitted,

DATED: July 14, 2017      THE LAW OFFICE OF THOMAS C. SEABAUGH
                          */s/ Thomas C. Seabaugh*
                          Thomas C. Seabaugh
                          Attorney for Plaintiff

DATED: July 14, 2017      COUNTY COUNSEL, COUNTY OF KERN
                          */s/ Kathleen Rivera*
                          Kathleen Rivera
                          Attorney for Defendant, County of Kern

DATED: July 14, 2017      WEAKLEY & ARENDT, LLP
                          */s/ James D. Weakley*
                          James D. Weakley
                          Attorney for Defendant, George Anderson

**ORDER**

On July 14, 2017, the plaintiff notified the Court that the parties have reached a settlement of the action and are in the process of finalizing the settlement agreement.  (Doc. 141)  Thus, the Court **ORDERS**:

1. The stipulated request for dismissal **SHALL** be filed no later than **August 11, 2017**;

2. All pending dates, conferences and hearings, are **VACATED**.

The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.

IT IS SO ORDERED.

Dated:   **July 17, 2017**                        **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE