# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 1:15-cv-01641 JLT |
| Plaintiff, | ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF SELENA DELEON |
| vs. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

The Court has been alerted that this matter has settled.  Accordingly, inmate Selena DeLeon CDC #WF5614, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum to transport this inmate on July 27, 2017 (Doc 136) is **VACATED**.

IT IS SO ORDERED.

Dated:   __July 17, 2017__                    _____/s/ Jennifer L. Thurston__
                                                           UNITED STATES MAGISTRATE JUDGE