# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>                    Plaintiff,<br><br>  vs.<br><br>COUNTY OF KERN, et al.,<br><br>                    Defendants. | Case No. 1:15-cv-01641 JLT<br><br>**~~PROPOSED~~ ORDER**<br>**(Doc. 147)** |

The parties notified the Court on July 14, 2017 that they had come to a tentative agreement to resolve the case. (Doc. 141) Thus, the Court vacated all deadlines and ordered the stipulation to dismiss to be filed by August 11, 2017. (Doc. 142) They report now that they need three more weeks to complete the settlement. (Doc. 147) Thus, no later than **September 1, 2017** counsel SHALL file the stipulated request for dismissal.

IT IS SO ORDERED.

    Dated: **August 4, 2017**                          **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE