MARK L. NATIONS, COUNTY COUNSEL
By: Kathleen Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendant County of Kern

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual, | Case No.: 1:15-CV-01641-JLT |
| Plaintiff, | JOINT STIPULATION AND PROPOSED ORDER TO DISMISS CASE |
| v. | |
| COUNTY OF KERN, a municipality; GEORGE ANDERSON, and individual; and DOES 1 – 10; | |
| Defendants. | |

## JOINT STIPULATION

COME NOW the parties jointly and stipulate as follows:

The parties have achieved a written settlement agreement, which is now fully executed and binding. Pursuant to the parties' settlement agreement this action should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: September 1, 2017                MARK L. NATIONS, COUNTY COUNSEL

By: _____
Kathleen Rivera, Deputy
Marshall S. Fontes, Deputy
Attorneys for Defendant County of Kern

[signatures continued on next page]

| | | |
|---|---|---|
| 1 | Dated: September 1, 2017 | **CHAIN-COHN-STILES** |
| 2 | | |
| 3 | | By: /s/ Neil Gehlawat[1] |
| 4 | | Neil K. Gehlawat |
| | | Attorneys for Plaintiff Jane Doe |
| 5 | | |
| 6 | Dated: September 1, 2017 | **LAW OFFICE OF THOMAS C. SEABAUGH** |
| 7 | | |
| 8 | | By: /s/ Thomas Seabaugh[2] |
| | | Thomas C. Seabaugh, |
| 9 | | Attorneys for Plaintiff, Jane Doe |
| 10 | | |
| 11 | Dated: September 1, 2017 | **WEAKLEY AND ARENDT** |
| 12 | | |
| 13 | | By: /s/ Jame D. Weakley[3] |
| | | James D. Weakley |
| 14 | | Leslie M. Dillahunty |
| | | Attorneys for Defendant |
| 15 | | George Anderson |

## ORDER

IT IS SO ORDERED.

Dated: September __5__, 2017

/s/ Jennifer L. Thurston
The Honorable Jennifer L. Thurston
United States Magistrate Judge

---

[1] Authorized on September 1, 2017

[2] Authorized on September 1, 2017

[3] Authorized on September 1, 2017

Joint Stipulation and Proposed Order to Dismiss Case